# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 22, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136195

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

PHILLIP HERNDON,
       Defendant-Appellant.

SC: 136195
COA: 282207
Wayne CC: 92-013230-01

_____/

     On order of the Court, the application for leave to appeal the February 5, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 22, 2008

_____
Clerk

s0915